**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00318-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      EDGAR OMAR AGUIRRE,

      Defendant.
_____

**MINUTE ORDER SETTING TRIAL DATES AND DEADLINES**
_____

ENTERED BY JUDGE CHRISTINE M. ARGUELLO

      IT IS ORDERED that all pretrial motions shall be filed by **October 30, 2009** and responses to these motions shall be filed by **November 6, 2009.**  It is

      FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **November 13, 2009, at 3:00 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

      FURTHER ORDERED that a five-day jury trial is set for **November 16, 2009, at 9:00 a.m.**, in Courtroom A602.

      DATED: October 22, 2009.