IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00318-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    EDGAR OMAR AGUIRRE,**

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Sentencing currently set for April 19, 2010 at 1:30 p.m. is VACATED. Counsel are DIRECTED to call Chambers (303-335-2174) via conference call no later than <u>noon, April 14, 2010</u> with their calendars available in order to reset this sentencing.

    DATED: April 9, 2010