IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00318-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**     **EDGAR OMAR AGUIRRE,**

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the Sentencing of Defendant Aguirre is RESET to **April 23, 2010 at 10:30 a.m.**

    DATED: April 13, 2010